UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHANIEL SATTERFIELD JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 1:17-CV-03123 |
| ) | |
| HSBC NORTH AMERICAN HOLDINGS INC., ) | Judge Gary Feinerman |
| HSBC BANK USA, NATIONAL ) | |
| ASSOCIATION, HSBC FINANCE ) | |
| CORPORATION, HSBC MORTGAGE ) | |
| SERVICES INC., ) | |
| ) | |
| Defendants. ) | |

**HSBC NORTH AMERICA HOLDINGS INC.'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Defendant HSBC North America Holdings Inc., by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, states for its disclosure statement, as follows:

1. **Parent corporation of HSBC North America Holdings Inc.:** HSBC Overseas Holdings (UK) Limited.

2. **Any publicly held "affiliates":** None.

Respectfully submitted,

HSBC NORTH AMERICA HOLDINGS INC.

By: */s/ Jennifer L. Majewski*
   One of its attorneys

Jeffrey D. Pilgrim
Jennifer L. Majewski
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Phone: (312) 939-0923
Fax: (312) 939-0983
jpilgrim@pilgrimchristakis.com
jmajewski@pilgrimchristakis.com

**CERTIFICATE OF SERVICE**

  Jennifer L. Majewski, an attorney, certifies that on August 28, 2017, she electronically filed the foregoing **HSBC North America Holdings Inc.'s Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all electronic filing participants, and deposited a copy of the same in the U.S. Mail, proper postage prepaid, to the individual listed below:

  Nathaniel Satterfield Jr.
  1411 South 20th Avenue
  Maywood, Illinois 60153

               /s/ Jennifer L. Majewski